JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD GREENSPAN, | CV 13-5810 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA CORPORATION, et al. | |
| Defendants. | |

Pursuant to the Court's January 31, 2014 Minute Order granting the Motion to Dismiss filed by defendants Bank of America, N.A. (erroneously sued as "Bank of America Corporation"), ReconTrust Company, N.A. (erroneously sued as "Reconstruct  Company N.A."), Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon fka The Bank of New York, not in its individual capacity but solely as Trustee for the benefit of the Certificate Holders of the CWMBS 2005-02 Trust, Mortgage Pass Through Certificates, Series 2005-02, Monica Lozano, Mukesh Ambani, Virgis Colbert, Charles Gifford, Charles Holliday, Thomas May, Donald Powell, Charles Rossotti, and Brian Moynihan (collectively "BofA Defendants"), which dismissed all of the claims asserted by plaintiff Brad Greenspan ("Plaintiff") against the BofA Defendants with prejudice, and dismissed the claims asserted by Plaintiff against defendants Justin Greenberg, BJG Associates LLC, Home Retention

1  Services, Inc., CTC Real Estate Services, Stephen Webb, Tiles Webb Kulla & Grant, QBE

2  Insurance Corporation, and Ryder Ray (collectively, the "Unserved Defendants") without

3  prejudice,

4       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims

5  against the BofA Defendants are dismissed with prejudice and Plaintiff's claims against the

6  Unserved Defendants are dismissed without prejudice.

7       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

8  nothing and that the BofA Defendants shall have their costs of suit.

9       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Notice of

10  Lien filed by Plaintiff on October 18, 2013, is expunged.

11       IT IS SO ORDERED.

12

13  DATED: January 31, 2014              _____

14                             Percy Anderson
                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28